UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 05-281 (HHK)** |
| : | |
| **CHRISTOPHER BROWN,** : | |
| : | |
| Defendant. : | |
| _____ : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Lionel Andre at telephone number (202) 353-2481 and/or email address Lionel.Andre@USDOJ.gov .  Mr. Andre will substitute as counsel for AUSA D. Ames Jeffress as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____
Lionel Andre
Assistant United States Attorney
Narcotics Section, Bar No. 422534
555 4th Street, N.W.  Room 4846
Washington, DC 20530
(202) 353-2481