UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Cr. No. 05-0281 (HHK) |
| CHRISTOPHER BROWN ) | |
| Defendant. ) | |

NOTICE OF APPEARANCE

COMES NOW the undersigned and enters an appearance for the defendant.

Respectfully submitted,

CHRISTOPHER BROWN
By Counsel

_____
Pleasant S. Brodnax, III
The Mills Building, Fourth Floor
1700 Pennsylvania Avenue, NW
Washington, D.C., 20006
(202) 462-1100
valawyer@erols.com