UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 05-0281 (HHK) |
| ) | |
| CHRISTOPHER BROWN, ) | |
| Defendant. ) | |

ORDER

UPON MOTION of the defendant to amend his bond conditions, and for good cause shown, it is hereby

ORDERED that the defendant's conditions of release are amended and the defendant is placed on home detention pending his trial.

_____
HENRY H. KENNEDY
United States District Judge