UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-281 (HKK)** |
| | : | |
| v. | : | |
| | : | |
| **CHRISTOPHER BROWN,** | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Denise M. Clark, at telephone number 202-353-8690 and/or email address denise.clark@usdoj.gov. Ms. Clark will substitute for Assistant United States Attorney Lionel Andre as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Denise M. Clark
Assistant United States Attorney
Federal Major Crimes Section, Bar No. 479149
555 4th Street, NW, Room 4840
Washington, DC 20530
(202) 353-8690

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a copy of the foregoing notice has been mailed, first class, postage prepaid, to Pleasant S. Brodnax, III, Esq., Fourth Floor, 1700 Pennsylvania Avenue, NW, Washington, D.C. 20006, this 14th day of November, 2005.

 

_____
Denise M. Clark
Assistant United States Attorney