# WARRANT FOR ARREST

811100    CO-180 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**CHRISTOPHER BROWN**<br>DOB: 2-13-73    PDID# 425-447 | DOCKET NO: CR05-281-01    MAGIS. NO:<br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>**CHRISTOPHER BROWN**<br><br>**FILED**<br>MAR 1 4 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF: Order of Court | DISTRICT OF ARREST |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

DEFENDANT FAILED TO APPEAR FOR A STATUS CALL ON 1-17-06 AT 9:45 AM BEFORE JUDGE HENRY H. KENNEDY JR. U.S. DISTRICT COURT.

UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 21 USC 841(a)(1), 841 (b)(1)(C) |
|---|---|
| BAIL FIXED BY COURT:<br>HWOB | OTHER CONDITIONS OF RELEASE: |
| ORDERED BY:<br>JUDGE HENRY H. KENNEDY JR | JUDGE/MAGISTRATE JUDGE<br>HENRY H. KENNEDY JR. | DATE ISSUED:<br>1-17-06 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: *[signature]* | DATE:<br>1-17-06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>1-17-06 | NAME AND TITLE OF ARRESTING OFFICER<br>SEAN McLEOD<br>SDUSM | SIGNATURE OF ARRESTING OFFICER<br>*Sean McLeod* |
|---|---|---|
| DATE EXECUTED<br>3-14-06 | | |