UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Cr. No. 05-0281 (HHK) |
| CHRISTOPHER BROWN ) | |
| Defendant. ) | |

**FILED**

MAR 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

Upon the unopposed oral motion of the defendant to be housed at the Central Treatment Facility, it is hereby ORDERED that

Defendant Christopher Brown be transported to the Central Treatment Facility where he shall be housed until his sentencing in this matter.

SO ORDERED this ___20th___ day of March, 2006.

_____
HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:

United States Marshal for
The District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Denise Clark
United States Attorney's Office
555 4th Street, NW
Washington, D.C. 20001

Pleasant Brodnax, III
The Mills Building, Suite 400
1700 Pennsylvania Avenue, NW
Washington, D.C. 20006