**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **Cr. No. 05-0281 (HHK)** |
| **CHRISTOPHER BROWN** ) | |
| **Defendant.** ) | |

## POSITION WITH RESPECT TO SENTENCING FACTORS

COMES NOW the defendant and moves this Honorable Court to grant him a two level reduction for acceptance of responsibility, thereby reducing his total offense level to 20, with a criminal history of II, resulting in a guideline range of 37-46 months.

## I. Background

On March 16, 2006, Mr. Brown pled guilty to a lesser included offense of Count Two, Count Four and Count Five of the Indictment.  His plea of guilty followed Mr. Brown's failure to appear at trial scheduled for January 17, 2006.  As a result, the defendant agreed not to oppose the government's position that he receive a two level upward adjustment of two levels for obstruction of justice.  Although the Guidelines provide that "[c]onduct resulting in an enhancement under § 3C1.1 ordinarily indicates that the defendant has not accepted responsibility for his criminal conduct ... [t]here may be extraordinary cases in which adjustments under both §§ 3C1.1 and 3E1.1 may apply" U.S.S.G. § 3E1.1, comment. (n.4).  To overcome the fact that he attempted to obstruct justice, Mr. Brown must show that his case is extraordinary in some other way. *United States v. Dozier,* 162 F.3d 120 (D.C. Cir.1998).

## II. **Extraordinary Circumstances**

Guideline § 3E1.1 provides that the offense level shall be decreased by two levels if the "defendant clearly demonstrates acceptance of responsibility for his offense." Application Note 3 states,

> [e]ntry of a guilty plea prior to the commencement of trial combined with truthfully admitting the conduct comprising the offense of conviction, and truthfully admitting ... *additional relevant conduct* ... will constitute significant evidence of acceptance of responsibility ... However, this evidence may be outweighed by conduct of the defendant that is inconsistent with such acceptance of responsibility.  (Emphasis added).

The circumstances surrounding Mr. Brown's conduct following his guilty plea are unusual and extraordinary given the nature of his plea agreement.  Although Mr. Brown is not required to provide any information regarding criminal activity pursuant to his plea agreement, he has admitted additional significant criminal conduct in subsequent debriefings with the United States Attorney, U.S. Park Police and F.B.I.  Mr. Brown submits his additional admissions constitute "significant evidence of acceptance of responsibility" and extraordinary circumstances in this limited context.

Respectfully submitted,

CHRISTOPHER BROWN
By Counsel

/s/

_____
Pleasant S. Brodnax, III
The Mills Building, Fourth Floor
1700 Pennsylvania Avenue, NW
Washington, D.C., 20006
(202) 462-1100
valawyer@erols.com