CO-290
Rev. 3/88

NOTICE OF APPEAL, CRIMINAL

## United States District Court for the District of Columbia

UNITED STATES OF AMERICA

vs.

CHRISTOPHER BROWN

Criminal No. 05 cr 281

## NOTICE OF APPEAL

Name and address of appellant   C.T.F
  WASHINGTON, DC

Name and address of appellant's attorney
PLEASANT BRODNAX   THE MILLS BUILDING, STE 400
  1700 PENN AVE, NW
  W, DC 20006

Offense 18 USC 922(g)

Concise statement of judgment or order, giving date, and any sentence

40 months on Count IV    Order entered 6/30/06
90 days on Counts II and V

Name of institution where now confined, if not on bail

C.T.F.

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

7/10/06
DATE

APPELLANT
Pleasant S. Brodnax III
ATTORNEY FOR APPELLANT

CJA, NO FEE _____
PAID USDC FEE _____
PAID USCA FEE _____
Does counsel wish to appear on appeal?   Yes (No)
Has counsel ordered transcripts?   Yes (No)
Is this appeal pursuant to the 1984 Sentencing Reform Act?   (Yes)/No