UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER BROWN,<br><br>Defendant. | Criminal 05-0281  (HHK) |

### ORDER

Before the court is Christopher Brown's motion for leave to proceed *in forma pauperis* on appeal (CA No. 06-3112), which the United States Court of Appeals for the District of Columbia Circuit has referred to this court.

Upon consideration of the motion and the supporting affidavit, it is this 16th day of January 2007 hereby

**ORDERED** that Brown's motion for leave to proceed *in forma pauperis* is **DENIED.**

Henry H. Kennedy, Jr.<br>
United States District Judge